# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STANLEY WOODS,<br><br>Petitioner,<br><br>v.<br><br>GISELLE MATTESON, Warden,[1]<br><br>Respondent. | Case No. SACV 23-0986 ODW (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Motion to Dismiss, all the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed, and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Respondent's Motion to Dismiss is granted. The Petition is denied, and Judgment shall be entered dismissing this action without prejudice.

---

[1] Giselle Matteson, Warden at California State Prison, Solano (SOL), is substituted for "Warden," the Respondent named in the Petition. See Fed. R. Civ. P. 25(d).

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his current address of record and on counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: June 3, 2024

                                           OTIS D. WRIGHT II
                                           UNITED STATES DISTRICT JUDGE