JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STANLEY WOODS, | Case No. SACV 23-0986 ODW (PVC) |
| Petitioner, | |
| v. | **JUDGMENT** |
| GISELLE MATTESON, Warden,[1] | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated: June 3, 2024

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

---

[1] Giselle Matteson, Warden at California State Prison, Solano (SOL), is substituted for "Warden," the Respondent named in the Petition. *See* Fed. R. Civ. P. 25(d).